**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter __12__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Casey Farms, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-1977286** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **316 Casey Dairy Rd.**<br>**Goldsboro, NC 27534**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Wayne**<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Casey Farms, LLC**

Name

Case number (*if known*)

---

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 04/01/28 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

■ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

---

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

---

Debtor   **Casey Farms, LLC**                                              Case number (*if known*)
_____
Name

List all cases. If more than 1,
attach a separate list

Debtor         **See Attachment**                                    Relationship
District                              When                           Case number, if known

---

**11.** **Why is the case filed in**       *Check all that apply:*
**this district?**

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or**        ☑ No
**have possession of any**
**real property or personal**      ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
                                   **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of**     .   *Check one:*
**available funds**

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of**     ☑ 1-49                  ☐ 1,000-5,000            ☐ 25,001-50,000
**creditors**                     ☐ 50-99                 ☐ 5001-10,000            ☐ 50,001-100,000
                                   ☐ 100-199               ☐ 10,001-25,000          ☐ More than100,000
                                   ☐ 200-999

---

**15.** **Estimated Assets**        ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                   ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                   ■ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                   ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16.** **Estimated liabilities**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                   ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                   ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                   ■ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

| Debtor | **Casey Farms, LLC** | | Case number (*if known*) | |
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 1, 2025**
           MM / DD / YYYY

**X** **/s/ William C. Casey**            **William C. Casey**
Signature of authorized representative of debtor       Printed name

Title    **Partner**

**18. Signature of attorney**

**X** **/s/ David F. Mills**         Date   **April 1, 2025**
Signature of attorney for debtor             MM / DD / YYYY

**David F. Mills 18326**
Printed name

**Narron Wenzel, P.A.**
Firm name

**P.O. Box 1567**
**102 S. Third St.**
**Smithfield, NC 27577**
Number, Street, City, State & ZIP Code

Contact phone   **919-934-0049**      Email address   **dmills@narronwenzel.com**

**18326 NC**
Bar number and State

Debtor  **Casey Farms, LLC**                                                    Case number *(if known)* _____
Name

---

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter    **12**

☐ Check if this is an
amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Christopher Casey** | | | Relationship to you | **owner/partner** |
| District | **Eastern District of North Carolina** | When | **3/10/25** | Case number, if known | **25-00857-5-PWM** |
| Debtor | **William C. Casey** | | | Relationship to you | **owner/partner** |
| District | **Eastern District of North Carolina** | When | **3/10/25** | Case number, if known | **25-00859-5-PWM** |

---

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Casey Farms, LLC**

Debtor(s)

Case No.

Chapter   **12**

# VERIFICATION OF CREDITOR MATRIX

I, the Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April  1, 2025**

**/s/ William C. Casey**

**William C. Casey/Partner**
Signer/Title

Ascentium Capital
ATTN: Officer/Managing Agent
23970 Hwy 59 N
Kingwood, TX 77339

Capital One
Attn: Officer/Managing Agent
P. O. Box 71087
Charlotte, NC 28272-1087

CNH Industrial Capital
ATTN: Officer/Managing Agent
P. O. Box 1700
New Holland, PA 17557

John Deere Financial
Attn: Officer/Managing Agent
P.O. Box 5328
Madison, WI 53705-0328

Nutrien Ag Solutions, Inc.
ATTN: Officer/Managing Agent
5296 Harvest Lake Dr.
Loveland, CO 80538

Truist Bank
Attn:  Mr. Chad Fluno
PO Box 1847
Wilson, NC 27894-1847

U.S. Attorney
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1441

U.S. Attorney General
Attn: Managing Agent
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

USDA Farm Service Agency
Attn: Officer/Managing Agent
4407 Bland Rd., Suite 175
Raleigh, NC 27609

Wayne County Tax Collector
Attn: Officer/Managing Agent
P.O. Box 1495
Goldsboro, NC 27533

William C. Casey
316 Casey Dairy Rd.
Goldsboro, NC 27534

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Casey Farms, LLC**

Debtor(s)

Case No.

Chapter   **12**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Casey Farms, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April  1, 2025**

Date

**/s/ David F. Mills**

**David F. Mills 18326**

Signature of Attorney or Litigant
Counsel for   **Casey Farms, LLC**

**Narron Wenzel, P.A.**

**P.O. Box 1567**
**102 S. Third St.**
**Smithfield, NC 27577**
**919-934-0049 Fax:919-938-1058**
**dmills@narronwenzel.com**