UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

In the Matter of:                )
                                 )   Case No.: 25-01177-5-PWM
  Casey Farms, LLC               )   (Chapter 12)
  316 Casey Dairy Rd.            )
  Goldsboro, NC 27534            )

## NOTICE OF APPEARANCE

Zachary N. Layne of the law firm of HANNAH SHERIDAN & COCHRAN, LLP, does herewith give notice of his appearance in the above-styled matter as attorney for Gregory Poole Equipment Company. Please mail all Notices and other documents required to be served upon creditor to the undersigned at the following address:

**Zachary N. Layne, State Bar No. 54894**
**Hannah Sheridan & Cochran, LLP, Attorneys at Law**
**5400 Glenwood Ave., Suite 330**
**Raleigh, NC 27612**
**Telephone: (919) 859-6840**
**Facsimile: (919) 859-6843**
**Email: zlayne@hscattorneys.com**

This the 15th day of April, 2025.

                                        */s/ Zachary N. Layne*
                                        Zachary N. Layne, State Bar No.: 54894
                                        HANNAH SHERIDAN & COCHRAN, LLP
                                        5400 Glenwood Ave., Ste. 330
                                        Raleigh, NC 27612
                                        Telephone: (919) 859-6840
                                        Facsimile: (919) 859-6843
                                        Email: zlayne@hscattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **Notice of Appearance** via first class mail to:

> David F. Mills
> Narron Wenzel, P.A.
> PO Box 1567
> Smithfield, NC 27577
> *Attorney for Debtor*
>
> John C. Bircher III
> 209 Pollock Street
> New Bern, NC 28560
> *Bankruptcy Trustee*

This the 15th day of April, 2025.

/s/ Zachary N. Layne
Zachary N. Layne, State Bar No.: 54894
HANNAH SHERIDAN & COCHRAN, LLP
5400 Glenwood Ave., Ste. 330
Raleigh, NC 27612
Telephone: (919) 859-6840
Facsimile: (919) 859-6843
Email: zlayne@hscattorneys.com