**SO ORDERED**

**SIGNED this 1 day of July, 2025.**

_____
**Pamela W. McAfee**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

IN RE:

**CASEY FARMS, LLC.,** *et al.,*              **CASE NO: 25-01177-5-PWM**
                                              **CHAPTER 12**
    **DEBTORS.**

### ORDER EXTENDING TIME TO FILE PLANS

THIS MATTER comes before the Court upon the Debtors' Second Motion for Extension of Time to File Plans; and good cause having been shown;

IT IS ORDERED THAT the due date for filing Chapter 12 Plans for all Debtors in these jointly administered cases is extended to July 20, 2025.

**END OF DOCUMENT.**